# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Angela Stewart <br> *Plaintiff* <br> v. <br> Healthcare Revenue Recovery Group, LLC <br> *Defendant* | ) ) ) ) ) ) ) ) <br> Civil Action No. 3:20-cv-00679 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Healthcare Revenue Recovery Group, LLC
c/o Corporation Service Company
2908 Poston Ave.
Nashville, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paul K. Guibao
Thompson Consumer Law Group, PC
5235 E. Southern Ave D106-618
Mesa, AZ 85206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/7/2020

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **ANGELA STEWART** <br> Plaintiff/Petitioner <br> vs. <br> **HEALTHCARE REVENUE RECOVERY GROUP, LLC** <br> Defendant/Respondent | Case No.: **3:20-CV-00679** <br> Hearing Date: **10/05/2020** <br> AFFIDAVIT OF SERVICE OF <br> **SUMMONS IN A CIVIL ACTION; COMPLAINT AND TRIAL BY JURY DEMAND; NOTICE OF SETTING OF INITIAL CASE MANAGEMENT CONFERENCE; CIVIL COVER SHEET; BUSINESS ENTITY DISCLOSURE; NOTICE REGARDING BUSINESS ENTITY DISCLOSURE STATEMENT; NOTICE REGARDING CONSENT OF THE PARTIES; NOTICE OF ELECTRONIC FILING** |

Received by **Glen Mayden**, on the **12th day of August, 2020 at 12:15 PM** to be served upon **HEALTHCARE REVENUE RECOVERY GROUP, LLC c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT** at **2908 POSTON AVE, NASHVILLE, Davidson County, TN 37203**.
On the **13th day of August, 2020 at 2:41 PM**, I, **Glen Mayden**, SERVED HEALTHCARE REVENUE RECOVERY GROUP, LLC c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT at **2908 POSTON AVE, NASHVILLE, Davidson County, TN 37203** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **CORPORATION SERVICE COMPANY, REGISTERED AGENT**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Who accepted service with direct delivery, with identity confirmed by subject saying yes when named, a blonde-haired white female approx. 45-55 years of age, 5'4"-5'6" tall and weighing 80-120 lbs. Residency indicated by subject previously served here. Cindy Mayle accepted service on behalf of the company.**

Service Fee Total: **$75.00**

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _/s/ Glen Mayden_     Server ID #     08/13/2020
Glen Mayden; 1103 Longhunter Ln, Nashville, TN 37217                             Date



REF: **REF-6370137**

Page 1 of 1
Tracking #: **0056292385**