IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| ANGELA STEWART, | ) | CIVIL ACTION NO. 3:20-CV-00679 |
| --- | --- | --- |
| | ) | JURY DEMAND |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

___

### ORDER GRANTING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

___

Upon the motion of Defendant, Healthcare Revenue Recovery Group, LLC, for an extension of time to file a responsive pleading;

It is hereby ORDERED that Defendant's response is due by September 17, 2020.

_____
Judge Aleta Trauger
United States District Judge