IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ANGELA STEWART, | ) CIVIL ACTION NO. 3:20-CV-00679 |
| | ) JURY DEMAND |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

_____

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**
_____

COME NOW, Plaintiff and Defendant Healthcare Revenue Recovery Group, LLC ("Defendant") and file this *Consent Motion for Extension of Time to File a Responsive Pleading* and would respectfully show the Court the following:

The current deadline to file a response is September 17, 2020. Defendant's counsel has conferred with counsel for Plaintiff and Plaintiff is agreeable to an extension of the deadline for Defendant to file a responsive pleading through and including October 8, 2020 so that the parties may further explore the possibility of reaching an early resolution of this matter.

WHEREFORE, Plaintiff and Defendant jointly request this Court to enter an Order extending the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint through and including October 8, 2020.

A Proposed Order is attached hereto.

DATED:  September 17, 2020                Respectfully submitted,

                                                                     GORDON REES SCULLY MANSUKHANI, LLP

                                                                     */s/Heather Gwinn Pabon*
                                                                     Heather Gwinn Pabon, BPR 25931
                                                                     3401 Mallory Lane, Suite 120
                                                                     Franklin, Tennessee 37067
                                                                     Phone:  (615) 772-9010
                                                                     hgwinn@grsm.com

                                                                   Attorney for Defendant
                                                                   Healthcare Revenue Recovery Group, LLC


                                                                   */s/Paul K. Guibao*_____
                                                                   Paul K. Guibao, BPR 20467
                                                                  242 Poplar Ave.
                                                                  Memphis, TN 38103
                                                                 Phone: (602) 445-9819
                                                                 pguibao@ThompsonConsumerLaw.com

                                                                Attorney for Plaintiff
                                                                Angela Stewart


## CERTIFICATE OF SERVICE

     I, Heather M. Gwinn Pabon, do hereby certify that on September 17, 2020, I did cause a true and correct copy of the within *CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING* to be filed and served electronically on all counsel of record, whom are indicated below, via CM/ECF:

                              Paul K. Guibao
                              242 Poplar Ave.
                              Memphis, TN 38103
                              Telephone: (6020 445-9819
                              Email: PGuibao@ThompsonConsumerLaw.com


                                                   Signed: */s/ Heather Gwinn Pabon*
                                                            Heather Gwinn Pabon