## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| ANGELA STEWART, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:20-cv-00679 |
| ) | Judge Trauger |
| C.R. BARD, INC., ET AL., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Consent Motion for Extension of Time to File a Responsive Pleading (Docket No. 14) is hereby GRANTED, and the defendant may have an extension until October 8, 2020 within which to respond to the Complaint.

It is further ORDERED that the initial case management conference scheduled for October 5, 2020 is RESET for October 19, 2020 at 3:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge