==Motion (DE #26) GRANTED.==
==Extensions as requested.==

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ANGELA STEWART, | ) | Case No. 3:20-cv-00679 |
| | ) | |
| Plaintiff, | ) | Judge: Hon. Aleta A. Trauger |
| | ) | |
| v. | ) | **JOINT MOTION TO EXTEND** |
| | ) | **DEADLINE TO AMEND** |
| HEALTHCARE REVENUE | ) | **PLEADINGS** |
| RECOVERY GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Angela Stewart ("Plaintiff") and Defendant Healthcare Revenue Recovery Group, LLC ("Defendant") (collectively, the "Parties") respectfully submit this motion to extend the deadline to amend the pleadings. In support, the Parties respectfully states as follows:

1. On September 24, 2020, the Court entered its Case Management Order setting forth a January 15, 2021 deadline to amend the pleadings. Doc. 16.

2. On November 9, 2020, Plaintiff served Defendant with her first set of written discovery requests.

3. Shortly after Defendant served its objections and answers to Plaintiff's requests on December 14, 2020, a discovery dispute arose between the parties.

4. Defendant has agreed to supplement its responses on or before January 8, 2021.