# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ANGELA STEWART, | ) Case No. 3:20-cv-00679 |
| Plaintiff, | ) Judge: Hon. Aleta A. Trauger |
| v. | ) **JOINT MEDIATION REPORT** |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | ) |
| Defendant. | ) |

COME NOW, Plaintiff Angela Stewart ("Plaintiff") and Defendant Healthcare Revenue Recovery Group, LLC ("Defendant") (collectively, the "Parties"), and, pursuant to this Court's October 19, 2020 Order, Doc. 21, advise the Court that the parties believe this matter is appropriate for mediation.

Dated: March 4, 2021.

    Respectfully submitted,

    s/ Russell S. Thompson, IV
    Russell S. Thompson, IV (*pro hac vice*)
    Thompson Consumer Law Group, PC
    5235 E. Southern Ave., D106-618
    Mesa, AZ 85206
    Telephone: (888) 332-7252
    Facsimile: (866) 317-2674
    rthompson@ThompsonConsumerLaw.com

    s/ Amorette Rinkleib
    Amorette Rinkleib (*pro hac vice*)
    Thompson Consumer Law Group, PC
    Attorney for Plaintiff
    5235 E. Southern Ave D106-618
    Mesa, AZ 85206
    Telephone: (602) 899-9189

-1-
Case 3:20-cv-00679   Document 40   Filed 03/04/21   Page 1 of 2 PageID #: 147

Facsimile: (866) 317-2674
arinkleib@ThompsonConsumerLaw.com

Attorneys for Plaintiffs


s/ Pamela Bagley Webb
Pamela Bagley Webb, BPR 33698
Gordon, Rees, Scully, Mansukhani
3401 Mallory Lane, Suite 120
Franklin, TN 37067
Telephone: (615) 772-9010
Facsimile: (303) 534-5161
pwebb@grsm.com

Attorney for Defendant


**CERTIFICATE OF SERVICE**

I certify that on March 4, 2021, I filed the foregoing Joint Mediation Report with the Court using CM/ECF, which will send notification of such filing to all counsel of record, as follows:

Pamela Bagley Webb
Heather Gwinn Pabon
Gordon, Rees, Scully, Mansukhani
3401 Mallory Lane, Suite 120
Franklin, TN 37067
pwebb@grsm.com
hgwinn@gordonrees.com

s/ Amorette Rinkleib
Amorette Rinkleib