# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ANGELA STEWART, | ) Case No. 3:20-cv-00679 |
| Plaintiff, | ) Judge: Hon. Aleta A. Trauger |
| v. | ) |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF INTENT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Defendant hereby provides its *Notice of Intent to File a Response to Plaintiff's Motion for Leave to File Second Amended Complaint* (Docket No. 55) on or before Monday, July 12, 2021 pursuant to Local Rule of Court 7.01(a)(3).

Dated: July 6, 2021

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Pamela Bagley Webb*
Heather Gwinn Pabon, BPR 25931
Pamela Bagley Webb, BPR 33698
3401 Mallory Lane, Suite 120
Franklin, Tennessee 37067
Phone: (615)772-9010
hgwinn@grsm.com
pwebb@grsm.com

*Counsel for Defendant*
*Healthcare Revenue Recovery Group, LLC*

## CERTIFICATE OF SERVICE

I certify that on July 6, 2021, *DEFENDANT'S NOTICE OF INTENT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT* were served on Plaintiff through counsel of record below via email, with option of delivery via U.S. Mail at Defendant's request, as follows:

Russell Thompson (*pro hac vice*)
Amorette Rinkleib
Thompson Consumer Law Group, PC
5235 E. Southern Ave D106-618
Mesa, AZ 85206
rthompson@thompsonconsumerlaw.com
arinkleib@thompsonconsumerlaw.com

                                       */s/ Pamela Bagley Webb*_____
                                       Pamela Bagley Webb, BPR 33698