IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGELA STEWART, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:20-cv-00679 |
| | )   Judge Aleta A. Trauger |
| HEALTHCARE REVENUE | ) |
| RECOVERY GROUP, LLC, | ) |
| | ) |
|   Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiff's Motion for Partial Summary Judgment (Doc. No. 77), seeking judgment as to liability in favor of the plaintiff on Counts I, IV, and V of the Second Amended Complaint ("SAC") (Doc. No. 60), is **DENIED** in its entirety, based on the existence of material factual disputes.

The defendant's Motion for Summary Judgment (Doc. No. 78) is **GRANTED IN PART AND DENIED IN PART**, as follows:

    1.    The defendant's motion is **GRANTED** with respect to Counts I and II of the SAC based on the plaintiff's lack of Article III standing, and those claims are **DISMISSED WITH PREJUDICE** for lack of subject-matter jurisdiction.

    2.    The defendant's motion is **DENIED** with respect to Counts III, IV, and V of the SAC, as there are material factual disputes as to those claims.

It is so **ORDERED**.

*[signature]*
ALETA A. TRAUGER
United States District Judge