IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ANGELA STEWART, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HEALTHCARE REVENUE RECOVERY ) <br> GROUP, LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:20-cv-00679 <br><br> Judge: Hon. Aleta A. Trauger <br><br> **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO APPEAR WITHOUT LOCAL COUNSEL** |

Plaintiff Angela Stewart ("Plaintiff") respectfully moves for leave to have lead counsel, Russell S. Thompson, IV, appear without local counsel at the pretrial conference and, to the extent required, trial of this matter against Defendant Healthcare Revenue Recovery Group, LLC's ("Defendant"). Defendant does not oppose this request.

1. Mr. Thompson is lead counsel for Plaintiff and will likewise act as lead counsel at trial. Mr. Thompson resides and works in Scottsdale, Arizona.

2. Mr. Thompson has substantial experience in matters arising under federal consumer protection statutes. For over ten years, he has successfully represented consumers in courts throughout the country in such matters, including the statutes at issue here: The Fair Debt Collection Practices Act ("FDCPA") and Telephone Consumer Protection Action. *See* Doc. 60.

3. Mr. Thompson is admitted to practice in the states of Arizona and California; the United States District Courts for the District of Arizona, the Central, Eastern, Northern, and Southern Districts of California, the Eastern and Western Districts of Arkansas, the District of Colorado, the Northern District of Florida, the Northern, Central, and Southern Districts of Illinois, the Northern and Southern Districts of Indiana, the Western and Eastern Districts of Oklahoma, the Western District of Michigan, the District of Nebraska, the District of New

-1-
Case 3:20-cv-00679   Document 94   Filed 05/23/22   Page 1 of 3 PageID #: 856

Mexico, the Western and Northern Districts of New York, the District of North Dakota, Western District of Tennessee, the Northern, Southern, Eastern and Western Districts of Texas, and the Eastern and Western Districts of Wisconsin; and the United States Courts of Appeals for the Fifth, Ninth, Tenth, and Eleventh Circuits.

4. He is not admitted to practice in the state of Tennessee, but has been admitted *pro hac vice* in this matter. *See* Doc. 37.

5. Accordingly, Paul K. Guibao filed the original complaint in this matter and has acted as local counsel for Plaintiff. *See* Doc. 1. Mr. Guibao is located in Memphis, Tennessee, approximately three hours away.

6. Because Plaintiff brings this matter under the FDCPA, she is entitled to an award of attorney fees and costs if she prevails under the Act. 15 U.S.C. § 1692k.

7. Requiring Mr. Guibao to appear at the pretrial conference and trial will double the attorney fees incurred moving forward and double lodging costs for trial—amounts that can be awarded against Defendant if Plaintiff prevails.

8. Consequently, due to undersigned counsel's experience in this particular area of law, familiarity and active participation in this case, and the nature of fees charged/awarded in FDCPA cases, Plaintiff requests that the Court allow Mr. Thompson to appear at the pretrial conference and trial without the necessity of local counsel.

9. Given the possibility of significantly increasing any fee and cost award to Plaintiff, Defendant does not oppose this request.

WHEREFORE, Plaintiff respectfully requests leave for Mr. Thompson to appear at the pretrial conference and conference without local counsel.

Dated: May 23, 2022.  Respectfully submitted,

s/ Russell S. Thompson, IV
Russell S. Thompson, IV (*pro hac vice*)
Thompson Consumer Law Group, PC
11445 E Via Linda, Ste 2 #492
Scottsdale, AZ 85259
Telephone: (888) 332-7252
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com

Attorneys for Plaintiffs

**CERTIFICATE OF CONFERENCE**

Prior to filing this motion, the undersigned conferred with counsel for Defendant who advised that Defendant do not oppose the relief sought.

s/ Russell S. Thompson, IV
Russell S. Thompson, IV

**CERTIFICATE OF SERVICE**

I certify that on May 23, 2022, the undersigned filed the foregoing Motion for Leave to File Under Seal with the Court using CM/ECF, which will serve such filing on all counsel of record, as follows:

Pamela Bagley Webb
Heather Gwinn Pabon
Gordon, Rees, Scully, Mansukhani
3401 Mallory Lane, Suite 120
Franklin, TN 37067
pwebb@grsm.com
hgwinn@gordonrees.com

s/ Russell S. Thompson, IV
Russell S. Thompson, IV