IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGELA STEWART, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:20-cv-00679 |
| ) | Judge Trauger |
| HEALTHCARE REVENUE RECOVERY ) | |
| GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER RESETTING PRETRIAL CONFERENCE

1. <u>Trial setting</u>: This case is set for jury trial on **Tuesday, July 26, 2022 at 9:00 a.m.** in Courtroom 6C of the United States Courthouse, 719 Church Street, Nashville, Tennessee.

2. <u>Pretrial conference resetting</u>: The pretrial conference is RESET from July 22, 2022 to **Monday, July 18, 2022 at 1:30 p.m.** and shall be held in Judge Trauger's chambers, Suite #6325, 719 Church Street, Nashville, Tennessee. Lead counsel for each party must attend the pretrial conference.

3. <u>Information exchanged but not filed</u>: By **July 1, 2022**, the parties shall exchange copies of exhibits and make available for examination by any opposing party the original of all exhibits. By this same date, the parties shall exchange designations of portions of depositions which are to be read into evidence during the case in chief. The parties should attempt to agree on additions to the designations necessary to put responses into context.

4. <u>Filings required prior to pretrial conference</u>: The following shall be filed by **July 12, 2022**:

   a. witness lists;

   b. exhibit lists (Plaintiff's exhibits shall be premarked as "P-1, P-2," etc.; defendant's exhibits shall be premarked as "D-1, D-2," etc. The authenticity of exhibits should be stipulated to if at all possible. Failure to include an exhibit on this exhibit list will result in its not being admitted into evidence at trial, except upon a showing of good cause.);

      c.      stipulations; and

      d.      expert witness statements as described in Local Rule 39.01(c)(5)(E).

5. Motions in limine: Motions in limine shall be filed by **July 6, 2022**. Responses shall be filed by **July 12, 2022**.

6. Pretrial Order: By **July 12, 2022**, the parties shall file a joint proposed Pretrial Order which shall contain the following:

      a.      a recitation that the pleadings are amended to conform to the Pretrial Order and that the Pretrial Order supplants the pleadings;

      b.      the jurisdictional basis for the action and whether jurisdiction is disputed;

      c.      a short summary of each party's theory (prepared by the party);

      d.      a listing of the contested issues of law, with a designation of whether the issue is for the jury or the judge; and

      e.      a listing of known evidentiary disputes, including those involving deposition designations.

7. Duration of trial: The trial of this case is expected to last **2** days.

8. Jury costs: If the case settles closer to trial than two business days, the cost of summoning the jury may be assessed against the parties.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge