Motion GRANTED.
*[signature]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ANGELA STEWART, | Case No. 3:20-cv-00679 |
| Plaintiff, | **Judge: Hon. Aleta A. Trauger** |
| v. | **JURY TRIAL DEMAND** |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | |
| Defendant. | |

## UNOPPOSED MOTION TO RESET JULY 18, 2022 PRETRIAL CONFERENCE

COMES NOW, Defendant Healthcare Revenue Recovery Group ("Defendant"), pursuant to Local Rule 6.01 and having conferred with Plaintiff Angela Stewart ("Plaintiff"), and respectfully submits this unopposed motion to reset the pretrial conference in the above-styled civil action. In support, Defendant respectfully states as follows:

1. On June 1, 2022, the Court entered its *Order Resetting Pretrial Conference* resetting the pretrial conference in this action from July 22, 2022 at 1:30 p.m. to July 18, 2022 at 1:30 p.m. and resetting forth the following pretrial deadlines:

July 1, 2022: Parties must exchange copies of exhibits, designations of portions of depositions to be read into evidence;

July 6, 2022: Filing deadline for motions in limine;

July 12, 2022: Filing deadline for responses to motions in limine;

1