# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANGELA STEWART, | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 3:20-cv-00679 |
| | ) Judge Trauger |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | ) |
| Defendant. | ) |

## ORDER

A telephone conference was held with counsel for the parties on June 24, 2022. The court gave the plaintiff permission to take discovery in connection with a recent disclosure of additional documentation and witnesses. It is hereby **ORDERED** that the trial and pretrial conference scheduled for July 26, 2022 are CONTINUED and will be reset by separate order.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge