# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ANGELA STEWART, | Case No. 3:20-cv-00679 |
| Plaintiff, | Judge: Hon. Aleta A. Trauger |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND RELATED DEADLINES** |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | |
| Defendant. | |

The Court, having considered the parties' Joint Motion to Continue Trial and Related Deadlines, finds that the same should be GRANTED. It is hereby ORDERED that the trial scheduled for September 13, 2022, pretrial conference scheduled for September 7, 2022, and the related deadlines are CONTINUED and will be reset by separate order. The parties shall submit a joint request to reset the trial when they are ready to do so.

It is so **ORDERED**.

_____
Judge Aleta A. Trauger
UNITED STATES DISTRICT JUDGE