IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ANGELA STEWART,<br><br>        Plaintiff,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC,<br><br>        Defendant. | Case No. 3:20-cv-00679<br><br>Judge: Hon. Aleta A. Trauger |

## JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between Plaintiff ANGELA STEWART ("Plaintiff") and Defendant HEALTHCARE REVENUE RECOVERY GROUP, LLC ("Defendant"), by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Each Party shall bear its own attorneys' fees and costs.

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: August 16, 2023.        Respectfully submitted,

*/s/ Russell S. Thompson, IV (conformed signature added w/express permission by PBW*
Russell S. Thompson, IV (*pro hac vice*)
Thompson Consumer Law Group, PC
11445 E Via Linda, Ste 2 #492
Scottsdale, AZ 85259
Telephone: (888) 332-7252
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com

*Counsel for Plaintiff*

*/s/ Pamela Bagley Webb*_____
Pamela Bagley Webb, BPR 33698
Gordon & Rees Scully Mansukhani, LLP
4031 Aspen Grove Drive, Suite 290
Franklin, Tennessee  37067
Phone:  (615)772-9022
pwebb@grsm.com

*Counsel for Defendant*
*Healthcare Revenue Recovery Group, LLC*

## Filer's Attestation

I, Pamela Bagley Webb, am the ECF user whose identification and password are being used to electronically file this *JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE*. I hereby attest that the other above-named signatories concur in this filing.

Dated: August 16, 2023	*/s/ Pamela Bagley Webb*
	Pamela Bagley Webb, BPR 33698
	Gordon, Rees, Scully, Mansukhani, LLP
	4031 Aspen Grove Drive, Suite 290
	Franklin, TN 37067
	Telephone: (615) 772-9022
	Facsimile: (303) 534-5161
	pwebb@grsm.com

	*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on August 16, 2023, I filed the foregoing *JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE* with the Court using CM/ECF, which will send notification of such filing to all counsel of record as follows:

Russell S. Thompson, IV (*pro hac vice*)
Thompson Consumer Law Group, PC
11445 E Via Linda, Ste 2 #492
Scottsdale, AZ 85259
rthompson@thompsonconsumerlaw.com

*Counsel for Plaintiff*


        */s/ Pamela Bagley Webb*
        Pamela Bagley Webb