# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ANGELA STEWART, | ) Case No. 3:20-cv-00679 |
| Plaintiff, | ) Judge: Hon. Aleta A. Trauger |
| v. | ) |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 3:20-CV-00679, is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are hereby vacated and taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

_____
Hon. Aleta A. Trauger,
United States District Judge for the
Middle District of Tennessee